# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: CATHERINE LOUCINDA GITTENS     CASE NO: 09-36343
    CHAPTER 13

DEBTORS(S)     JUDGE: JACQUELINE P COX

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    WELLS FARGO HOME MORTGAGE

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 0518 513 YATES | $ 2,304.61 | $ 2,304.61 | $ 2,304.61 |

Total Amount Paid the Trustee     $ 2,304.61

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit     _X_ Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 25th day of    October, 2012.

Debtor(s)

CATHERINE LOUCINDA GITTENS
513 YATES
CALUMET CITY IL 60409

Debtors Attorney

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO IL 606030000

Addtional Creditors

WELLS FARGO BK/US BK NATIONAL
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
X 2302 04C
DES MOINES IA 50328-0001

Electronic Service US Trustee

Date: October 25, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603